UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAVIER ARNULFO NIEBLA-MAYTORENA,

    Petitioner,

v.

PAMELA BONDI, Attorney General,

    Respondent.

No. 23-988

Agency No. A206-442-087

ORDER

The motion (Docket Entry No. 21) to reopen this administratively closed petition for review is granted. This case will proceed.

The opening brief is due May 27, 2025. The answering brief is due July 28, 2025. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT